Fill in this information to identify the case:

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): ______ Chapter 11

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | American Petroleum Carriers, LLC |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as names* | APC |
| **3. Debtor's federal Employer Identification Number (EIN)** | 05-0521498 |
| **4. Debtor's address** | **Principal place of business**<br>4505 N 3rd St<br>Number Street<br>Mcallen, TX 78504-2941<br>City State ZIP Code<br>Hidalgo<br>County<br><br>**Mailing address, if different from principal place of business**<br>Number Street<br>City State ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number Street<br>City State ZIP Code |
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❑ Partnership (excluding LLP)<br>❑ Other. Specify: ______ |

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* ______________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4 8 4 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______________ When ______ (MM / DD / YYYY) Case number ______________
  District ______________ When ______ (MM / DD / YYYY) Case number ______________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______________ Relationship ______________
  District ______________ When ______ (MM / DD / YYYY)
  Case number, if known ______________

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* ______
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street
______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49 ☐ 50-99 ☐ 100-199 ☐ 200-999
☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 10,001-25,000
☐ 25,001-50,000 ☐ 50,000-100,000 ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000 ☐ $50,001-$100,000 ☐ $100,001-$500,000 ☐ $500,001-$1 million
☑ $1,000,001-$10 million ☐ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* ____________
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/02/2026**
MM/ DD/ YYYY

X **/s/ Luis A. Trevino**
Signature of authorized representative of debtor

**Luis A. Trevino**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Marcos Demetrio Oliva**
Signature of attorney for debtor

Date **10/02/2026**
MM/ DD/ YYYY

**Marcos Demetrio Oliva**
Printed name

**Marcos D. Oliva, PC**
Firm name

**223 W Nolana Ave**
Number Street

**Mcallen** **TX** **78504-2500**
City State ZIP Code

**(956) 683-7800**
Contact phone

**marcos@oliva.law**
Email address

**24056068** **TX**
Bar number State

| Fill in this information to identify the case: |
|---|
| Debtor name **American Petroleum Carriers, LLC** |
| United States Bankruptcy Court for the: **Southern District of Texas** |
| Case number (if known): |

❑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Navistar Financial Corporation<br>Po Box 96070<br>Chicago, IL 60693-6070 | (800) 233-9121 | | | | | $204,496.60 |
| 2 | Navistar Financial Corporation<br>Po Box 96070<br>Chicago, IL 60693-6070 | (800) 233-9121 | | | | | $204,465.55 |
| 3 | Navistar Financial Corporation<br>PO Box 96070<br>Chicago, IL 60693 | (800) 233-9121 | | | | | $166,181.08 |
| 4 | Navistar Financial Corporation<br>Po Box 96070<br>Chicago, IL 60693-6070 | (800) 233-9121 | | | | | $163,353.12 |
| 5 | Navistar Financial Corporation<br>Po Box 96070<br>Chicago, IL 60693-6070 | (800) 233-9121 | | | | | $163,353.12 |
| 6 | Navistar Financial Corporation<br>PO Box 96070<br>Chicago, IL 60693 | (800) 233-9121 | | | | | $163,130.47 |
| 7 | Leaf Financial<br>PO Box 5066<br>Hartford, CT 06102 | (866) 219-7924 | | | | | $152,545.22 |
| 8 | Ondeck; ODK Capital, LLC<br>4700 W Daybreak Pkwy Ste 200<br>South Jordan, UT 84009-5133 | (888) 556-3483 | | | | | $148,111.30 |

Debtor **American Petroleum Carriers, LLC** Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Small Business Association<br>14925 KINGSPORT RD<br>Fort Worth, TX 76155 | (833) 853-5638 | | | | | $136,213.74 |
| 10 | BMO Bank NA<br>Po Box 71951<br>Chicago, IL 60694-1951 | (800) 535-4945 | | | | | $104,242.19 |
| 11 | Sumitomo Mitsui Finance and Leasing CO., LTD.<br>666 3rd Ave 8th Floor<br>New York, NY 10017-4033 | (917) 542-3500 | | | | | $99,179.53 |
| 12 | QUICKBOOKS CAPITAL<br>2700 COAST AVENUE<br>Mountain View, CA 94043 | (844) 832-2904 | | | | | $60,000.00 |
| 13 | BMO Bank NA<br>Po Box 71951<br>Chicago, IL 60694-1951 | (800) 535-4945 | | | | | $56,630.41 |
| 14 | BMO Bank NA<br>Po Box 71951<br>Chicago, IL 60694-1951 | (800) 535-4945 | | | | | $54,143.82 |
| 15 | BMO Bank NA<br>Po Box 71951<br>Chicago, IL 60694-1951 | (800) 535-4945 | | | | | $54,136.66 |
| 16 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | (800) 472-9297 | | | | | $38,350.78 |
| 17 | BMO Bank NA<br>Po Box 71951<br>Chicago, IL 60694-1951 | (800) 535-4945 | | | | | $36,762.79 |
| 18 | BMO Bank NA<br>Po Box 71951<br>Chicago, IL 60694-1951 | (800) 535-4945 | | | | | $36,762.79 |
| 19 | BMO Bank NA<br>Po Box 71951<br>Chicago, IL 60694-1951 | (800) 535-4945 | | | | | $36,762.79 |
| 20 | BMO Bank NA<br>Po Box 71951<br>Chicago, IL 60694-1951 | (800) 535-4945 | | | | | $36,762.79 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE: **American Petroleum Carriers, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **10/02/2026** Signature **/s/ Luis A. Trevino**

Luis A. Trevino, President

**Simmons Capital Partners**
57 W 57th St, 4th
New York, NY 10019

**Altus Commercial Receivables**
2121 Airline Dr #520 520
Metairie, LA 70001-5987

**American Express**
PO Box 6031
Carol Stream, IL 60197

**American Express**
Po Box 30009
Salt Lake City, UT 84130-0009

**Ascentium**
Po Box 301593
Dallas, TX 75303-1593

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Ave Nw N.w.
Washington, DC 20530-0009

**BMO Bank NA**
Po Box 71951
Chicago, IL 60694-1951

**CFG MERCHANT SOLUTIONS**
11921 Freedom Dr #910 910
Reston, VA 20190-5638

**FANTASTIC FUNDING**
30 Sims Ave
Lakewood, NJ 08701-4987

**FORWARD FINANCING**
257 EAST 200 SOUTH 725
Salt Lake City, UT 84111

**French Ellison Truck Center**
Po Box 14200
Madison, WI 53708-0200

**FUND ME FAST**
2332 Route 207
Campbell Hall, NY 10916-3400

**Leaf Financial**
PO Box 5066
Hartford, CT 06102

**Marcos D. Oliva, PC**
Oliva Law
223 W Nolana Ave
Mcallen, TX 78504-2500

**Navistar Financial Corporation**
Po Box 96070
Chicago, IL 60693-6070

**Navistar Financial Corporation**
PO Box 96070
Chicago, IL 60693

**Ondeck; ODK Capital, LLC**
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

**Panther Rodz**
1720 W Las Milpas Rd
Pharr, TX 78577-8028

**Pilot Travel Centers LLC**
5508 Lonas Drive
Knoxville, TN 37909

**QUICKBOOKS CAPITAL**
2700 COAST AVENUE
Mountain View, CA 94043

**REDWOOD BUSINESS LOANS LLC**
350 E 400 S STE 426
Salt Lake City, UT 84111

**Small Business Association**
14925 KINGSPORT RD
Fort Worth, TX 76155

**Southern Tire Mart**
800 Us-98
Columbia, MS 39429-8255

**Sumitomo Mitsui Finance and Leasing CO., LTD.**
666 3rd Ave 8th Floor
New York, NY 10017-4033

**United States Attorney's Office**
**Southern District of Texas**
1000 Louisiana Street Ste 2300
Houston, TX 77002

# ACTION BY UNANIMOUS WRITTEN CONSENT OF THE SOLE MEMBER AND MANAGER OF AMERICAN PETROLEUM CARRIERS, LLC

**DATED AS OF:** October 2, 2026

**ENTITY:** American Petroleum Carriers, LLC (a Texas Limited Liability Company)

**TEXAS SOS FILING NO.:** 0800100629

**FEDERAL EIN:** 05-0521498

The undersigned, being the Sole Member and Managing Member (President) of **American Petroleum Carriers, LLC**, a limited liability company organized and existing under the laws of the State of Texas (the "Company"), pursuant to the Texas Business Organizations Code and the Company's Certificate of Formation and Company Agreement, does hereby waive all notice requirements and adopts the following resolutions by written consent with the same force and effect as if adopted at a formal meeting:

## 1. AUTHORIZATION TO COMMENCE CHAPTER 11 (SUBCHAPTER V) BANKRUPTCY PROCEEDINGS

**WHEREAS**, the Company has reviewed and evaluated the financial, operational, and liquidity condition of the Company, including past due secured equipment liabilities, threats of immediate commercial vehicle and fleet repossession, and cash-flow constraints; and

**WHEREAS**, the Sole Member and Manager has determined that it is in the best interests of the Company, its creditors, employees, and other parties in interest that a voluntary petition for relief under **Chapter 11, Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code")** be filed in the **United States Bankruptcy Court for the Southern District of Texas (McAllen Division)** to obtain the protection of the Automatic Stay pursuant to 11 U.S.C. § 362, preserve the Company's going-concern value, protect its commercial fleet, and effectuate a plan of reorganization;

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is hereby authorized and directed to file a voluntary petition for relief under **Chapter 11 of the Bankruptcy Code, specifically electing treatment as a Small Business Debtor under Subchapter V of Chapter 11**, in the United States Bankruptcy Court for the Southern District of Texas (McAllen Division); and

**BE IT FURTHER RESOLVED**, that **Luis A. Trevino**, in his capacity as the Sole Member, Manager, and President of the Company (the "Authorized Officer"), is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the Voluntary Petition (Official Form 201), the List of Creditors Holding 20 Largest Unsecured Claims (Official Form 204), the Master Creditor Matrix, Verification of Matrix, and all other petitions, exhibits, lists, schedules, statements of financial affairs, motions, applications, declarations, and pleadings required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or Local

Bankruptcy Rules, and to cause the same to be electronically filed with the Court.

## 2. RETENTION AND EMPLOYMENT OF BANKRUPTCY COUNSEL

**WHEREAS**, the Company requires legal representation and guidance in connection with the Chapter 11 (Subchapter V) case and related restructuring matters;

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is hereby authorized to retain and employ the law firm of **Marcos D. Oliva, PC** ("Counsel") as bankruptcy counsel to represent and assist the Company in connection with its Chapter 11 (Subchapter V) proceedings, adversary proceedings, asset recovery actions, turnover demands, and plan confirmation; and

**BE IT FURTHER RESOLVED**, that the Authorized Officer is hereby authorized, empowered, and directed to execute an Attorney-Client Fee and Retainer Agreement with Counsel, to pay the initial statutory filing fee of **$1,738.00** to the Court, and to remit agreed pre-petition and post-petition retainer funds and administrative expense payments to Counsel subject to applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and orders of the Bankruptcy Court.

## 3. GENERAL AUTHORITY AND RATIFICATION

**BE IT RESOLVED**, that the Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and deliver all such agreements, certificates, notices, turnover demands, DIP account banking agreements, and other instruments, and to take all such further actions as he may deem necessary, proper, or advisable to carry out fully the purpose and intent of each of the foregoing resolutions; and

**BE IT FURTHER RESOLVED**, that all actions heretofore taken by the Authorized Officer, managers, employees, or legal counsel of the Company in connection with the preparation and filing of the Chapter 11 (Subchapter V) petition and the protection of the Company's assets are hereby ratified, confirmed, and approved in all respects as acts of the Company.

## IN WITNESS WHEREOF:

The undersigned has executed this Action by Unanimous Written Consent as of the 2nd day of October, 2026.

Luis Trevino (Oct 2, 2026 12:39:24 CDT)
____________________________________

**Luis A. Trevino**
Sole Member, Manager, and President
**American Petroleum Carriers, LLC**

# Corporate Resolution & Member Consent

Final Audit Report 2026-10-02

| | |
|---|---|
| Created: | 2026-10-02 |
| By: | Marcos Oliva (marcos@oliva.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAEA0XMxCOsjOo-UGZtR3tu6ZsqQzGISYB |

## "Corporate Resolution & Member Consent" History

Document created by Marcos Oliva (marcos@oliva.law)

2026-10-02 - 5:35:05 PM GMT- IP address: 104.58.129.220

Document emailed to [redacted] for signature

2026-10-02 - 5:35:35 PM GMT

Email viewed by [redacted]

2026-10-02 - 5:38:42 PM GMT- IP address: 146.75.164.1

Signer [redacted] entered name at signing as Luis Trevino

2026-10-02 - 5:39:22 PM GMT- IP address: 75.5.166.216

Document e-signed by Luis Trevino [redacted])

Signature Date: 2026-10-02 - 5:39:24 PM GMT - Time Source: server- IP address: 75.5.166.216 - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.

2026-10-02 - 5:39:24 PM GMT