# American Petroleum Carriers LLC

Statement of Cash Flows

April 2026

| Account Name | Total |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 46,012.45 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable | -1,543.50 |
| American Express #1007 | 1,015.83 |
| Best Egg - Line of Credit | -1,076.29 |
| CFG - Line of Credit | -8,360.00 |
| Forward Financing - Line of Credit | -2,896.35 |
| Intuit - Line of Credit | -3,398.58 |
| On Deck Line of Credit | -12,794.28 |
| Quick Bridge - Line of Credit | -3,138.44 |
| Redwood - Line of Credit | 28,950.00 |
| RTS Financial Services - Line of Credit | -22,980.85 |
| Sofi - Line of Credit | -2,038.57 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-$28,261.03** |
| **Net cash provided by operating activities** | **$17,751.42** |
| INVESTING ACTIVITIES | |
| Accumulated Depreciation | -196,295.80 |
| Tractors and Trailers | 149,835.80 |
| Vehicles | 126,546.00 |
| **Net cash provided by investing activities** | **$80,086.00** |
| FINANCING ACTIVITIES | |
| Members Equity | 4,691.61 |
| Note Payable - Bank of America | -1,238.90 |
| Note Payable - BMO Financial 4 (20) | -4,481.77 |
| Note Payable - BMO Financial 5 (24) | -4,408.96 |
| Note Payable - BMO Financial 6 (23) | -2,219.69 |
| Note Payable - BMO Financial 7 (25) | -4,411.58 |
| Note Payable - BMO Financial Trailers:Note Payable - BMO Financial 10 (2301) | -806.92 |
| Note Payable - BMO Financial Trailers:Note Payable - BMO Financial 11 (2302) | -806.92 |
| Note Payable - BMO Financial Trailers:Note Payable - BMO Financial 12 (2303) | -806.92 |
| Note Payable - BMO Financial Trailers:Note Payable - BMO Financial 13 (2304) | -806.92 |
| Note Payable - BMO Financial Trailers:Note Payable - BMO Financial 14 (2305) | -1,608.35 |
| Note Payable - BMO Financial Trailers:Note Payable - BMO Financial 15 (2306) | -1,608.35 |
| Note Payable - BMO Financial Trailers:Note Payable - BMO Financial 16 (2407) | -700.14 |
| Note Payable - Navistar 1 (29) | -1,794.45 |
| Note Payable - Navistar 3 (31) | -1,710.94 |
| Note Payable - Navistar 4 (32) | -1,708.61 |
| Note Payable - Navistar 5 (33) | -1,273.85 |
| Note Payable - SBA EIDL Loan | -1,000.00 |
| Note Payable - Sumitomo (28) | -2,808.68 |
| Note Payable - Sumitomo / BMO (26) | -2,822.44 |
| Note Payable - Trans Lease (16,17) | -11,766.90 |

# American Petroleum Carriers LLC

Statement of Cash Flows

April 2026

| Account Name | Total |
|---|---|
| Note Payable - U.S. Bank (GLE) | -42,836.23 |
| **Net cash provided by financing activities** | **-$86,935.91** |
| **NET CASH INCREASE FOR PERIOD** | **$10,901.51** |
| **Cash at beginning of period** | **$67,500.74** |
| **CASH AT END OF PERIOD** | **$78,402.25** |