# American Petroleum Carriers LLC

Profit and Loss

April 2026

| | Total |
|---|---|
| Income | |
| Sales | $80,195.86 |
| Sale - Texas | 115,633.94 |
| **Total for Sales** | **$195,829.80** |
| Services | 20,175.00 |
| **Total for Income** | **$216,004.80** |
| **Gross Profit** | **$216,004.80** |
| Expenses | |
| Advertising and Promotion | 60.00 |
| Auto Lease | 1,099.00 |
| Bank Service Charges | 2,592.89 |
| Contract Services | 54,964.43 |
| Dues & Subscriptions | 2,549.25 |
| Factoring Fees | 4,151.18 |
| Fuel | 74,683.93 |
| Insurance | 2,754.46 |
| Interest Expense | 11,947.00 |
| Lumper Expense | 201.34 |
| Office Supplies | 351.25 |
| Parking Expense | 75.00 |
| Professional Fees | 65.00 |
| Rent - Office | 1,600.00 |
| Repairs and Maintenance | $2,448.33 |
| Customer Trailer Non-Refundable Charges | 150.00 |
| **Total for Repairs and Maintenance** | **$2,598.33** |
| Taxes - Other | 10,873.01 |
| Telephone Expense | 1,016.63 |
| Utilities | 123.65 |
| **Total for Expenses** | **$171,706.35** |
| **Net Operating Income** | **$44,298.45** |
| Other Income | |
| Gain on Sale of Truck 013 | 20,000.00 |
| Loss on Sale of Mercedes GLE | -18,286.00 |
| **Total for Other Income** | **$1,714.00** |
| **Net Other Income** | **$1,714.00** |
| **Net Income** | **$46,012.45** |