IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-70331 |
| American Petroleum Carriers, LLC, | § | |
| | § | CHAPTER 11 (SUBCHAPTER V) |
| Debtor-in-Possession. | § | |

DECLARATION OF MARCOS DEMETRIO OLIVA IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY MARCOS D. OLIVA, PC AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

I, **Marcos Demetrio Oliva**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, Federal Rules of Bankruptcy Procedure 2014(a) and 2016(b), and Local Bankruptcy Rules 2014-1 and 2016-1, as follows:

1. I am an attorney licensed to practice law in the State of Texas and am the principal shareholder of the law firm of Marcos D. Oliva, PC (the "Firm"), located at 223 W. Nolana Ave, McAllen, Texas 78504.
2. I submit this Declaration on behalf of the Firm in support of the *Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Marcos D. Oliva, PC as Counsel for the Debtor-in-Possession* (the "Application").
3. The statements contained herein are based upon my personal knowledge, the books and records of the Firm, and inquiries made of the Debtor.
4. Neither I, the Firm, nor any attorney associated with the Firm represents any entity other than the Debtor in connection with this Chapter 11 case.
5. To the best of my knowledge, information, and belief, after conducting a reasonable inquiry and conflict search:

a. Neither the Firm nor I have any connection with the Debtor, its creditors, the United States Trustee, any person employed by the Office of the United States Trustee, or the Subchapter V Trustee, other than my retention as counsel for the Debtor;

b. The Firm does not hold or represent any interest adverse to the Debtor, its estate, or any class of creditors or equity security holders;

c. The Firm is a "disinterested person" as defined in 11 U.S.C. § 101(14);

d. Neither I nor any attorney of the Firm is an insider, equity holder, director, officer, or employee of the Debtor; and

e. Neither I nor any attorney of the Firm has been a director, officer, or employee of the Debtor within two (2) years prior to the Petition Date.

6. Prior to the Petition Date, the Firm received an initial deposit of $2,000.00 from the Debtor.

7. As set forth in the signed Attorney-Client Fee Agreement:

a. $1,738.00 of the deposit was applied directly to pay the statutory Chapter 11 filing fee to the Clerk of the Court upon the electronic filing of the Voluntary Petition on October 2, 2026;

b. The remaining $262.00 was applied toward pre-petition emergency services rendered prior to the Petition Date, including initial client consultations, corporate resolutions, creditor matrix compilation, and filing logistics; and

c. As of the time of filing, the Firm held $0.00 in remaining pre-petition funds.

8. Under the Fee Agreement, the Debtor agreed to pay an estimated retainer of $25,000.00,

with the remaining balance of $23,000.00 payable in post-petition monthly installments of $5,000.00, commencing on November 1, 2026.

9. The Firm acknowledges that under SDTX BLR 2016-1(b), any post-petition retainer installments may be received only pursuant to an entered Court order. The Firm agrees that all post-petition retainer funds received will be deposited and held in the Firm's IOLTA trust account and will not be applied to fees or expenses except in strict accordance with BLR 2016-1(c) or a separate order of the Court.
10. The Firm’s standard hourly rates applicable to this engagement are:
    a. Marcos D. Oliva (Lead Attorney): $350.00 / hour
    b. Associate Attorneys: $250.00 / hour
    c. Paralegals / Legal Assistants: $150.00 / hour
11. The Firm has not shared, nor agreed to share, any compensation received in this case with any other person or entity, other than regular members and employees of the Firm, in compliance with 11 U.S.C. § 504 and Bankruptcy Rule 2016(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2026, at McAllen, Texas.

*/s/ Marcos D. Oliva*
Marcos D. Oliva