Fill in this information to identify the case:

Debtor Name: American Petroleum Carriers, LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 26-70331

❑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Vantage Bank: Tax Escrow | Checking account | 3 8 8 1 | $0.00 |
| 3.2. | Vantage Bank: Payroll | Checking account | 3 8 9 0 | $0.00 |
| 3.3. | Vantage Bank: Fuel Account | Checking account | 3 8 9 9 | $0.00 |
| 3.4. | Vantage Bank: Business Checking | Checking account | 3 8 7 2 | $0.00 |
| 3.5. | IBC account opened 10/1/2026 | Checking account | 5 9 1 2 | $20,000.00 |
| 3.6. | Vantage | Checking account | 0 1 2 2 | $0.00 |
| 3.7. | Vantage | Checking account | 0 1 4 6 | $0.00 |
| 3.8. | Vantage | Checking account | 9 5 2 4 | $0.00 |
| 3.9. | Vantage Bank | Certificate of deposit | 3 7 5 1 | $43,628.50 |

4. **Other cash equivalents** *(Identify all)*

4.1

4.2

5. **Total of Part 1** — **$63,628.50**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
❑ Yes. Fill in the information below.

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 ____________________ ____________

7.2 ____________________ ____________

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 ____________________ ____________

8.2 ____________________ ____________

9. **Total of Part 2**
Add lines 7 through 8. Copy the total to line 81. ____________

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ____________ face amount - ____________ doubtful or uncollectible accounts =..... ➔ ____________

11b. Over 90 days old: ____________ face amount - ____________ doubtful or uncollectible accounts =..... ➔ ____________

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. ____________

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 ____________________ ____________ ____________

14.2 ____________________ ____________ ____________

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. ____________________ ________ ____________ ____________

Debtor American Petroleum Carriers, LLC Case number *(if known)* 26-70331
Name

15.2. __________

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 __________

16.2 __________

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | | MM / DD / YYYY | | | |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | | MM / DD / YYYY | | | |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value ________ Valuation method ________ Current value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- ☐ No
- ☐ Yes. Book value ________ Valuation method ________ Current value ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

39. **Office furniture**

| | | | |
|---|---|---|---|
| **Tables: 4** | **unknown** | | **$700.00** |
| **Filing Cabinets: 2** | **unknown** | | **$150.00** |
| **Chairs: 3** | **unknown** | | **$300.00** |
| **Computers & Printers: 1** | **unknown** | | **$2,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

42.2

42.3

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. **$3,150.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2020 Kenworth T680 / VIN: 1XKYD49XXLJ377842** | **unknown** | | **$38,000.00** |
| 47.2 **2021 Kenworth T680 / VIN: 1XKYD49X1MJ459704** | **unknown** | | **$43,000.00** |
| 47.3 **2022 Kenworth T680 / VIN: 1XKYD49X9NJ482200** | **unknown** | | **$34,000.00** |
| 47.4 **2022 Kenworth T680 / VIN: 1XKYD49X0NJ482201** | **unknown** | | **$34,000.00** |
| 47.5 **2022 Kenworth T680 / VIN: 1XKYD49X2NJ482202** | **unknown** | | **$34,000.00** |

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

| | | | | |
|---|---|---|---|---|
| 47.6 | **2022 Kenworth T680 / VIN: 1XKYD49X6NJ145421** | **unknown** | | **$39,000.00** |
| 47.7 | **2022 Kenworth T680 / VIN: 1XKYD49X8NJ145422** | **unknown** | | **$39,000.00** |
| 47.8 | **2022 Kenworth T680 / VIN: 1XKYD49XXNJ145423** | **unknown** | | **$39,000.00** |
| 47.9 | **2023 Kenworth T680 / VIN: 1XKYD49X5PJ260496** | **unknown** | | **$68,000.00** |
| 47.10 | **2023 Kenworth T680 / VIN: 1XKYD49X3PJ260495** | **unknown** | | **$68,000.00** |
| 47.11 | **2024 Kenworth T680 / VIN: 1XKYD49X3RJ356601** | **unknown** | | **$68,000.00** |
| 47.12 | **2025 International Lt62f / VIN: 3HSDZAPR6SN817413** | **unknown** | | **$110,000.00** |
| 47.13 | **2025 International Lt62f / VIN: 3HSDZAPR6SN792352** | **unknown** | | **$110,000.00** |
| 47.14 | **2025 International Lt62f / VIN: 3HSDZAPRXSN758057** | **unknown** | | **$110,000.00** |
| 47.15 | **2025 International Lt62f / VIN: 3HSDZAPRXSN758060** | **unknown** | | **$110,000.00** |
| 47.16 | **2026 Interantional Lt62f / VIN: 3HSDZAPR1TN664182** | **unknown** | | **$120,000.00** |
| 47.17 | **2026 International Lt62f / VIN: 3HSDZAPR2TN655880** | **unknown** | | **$120,000.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8** **$1,184,000.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☐ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor American Petroleum Carriers, LLC Case number (if known) 26-70331
Name

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | | | | | |
| 55.2 | | | | | |
| 55.3 | | | | | |
| 55.4 | | | | | |
| 55.5 | | | | | |
| 55.6 | | | | | |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ❑ No
- ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ❑ No
- ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ❑ No
- ❑ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ❑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
Total face amount – doubtful or uncollectible amount = ➔

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Tax year
Tax year
Tax year

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Nature of claim**
**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim** ______

**Amount requested** ______

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
❑ No
❑ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $63,628.50 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,150.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,184,000.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9.*........ | ➔ | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. | **Total.** *Add lines 80 through 90 for each column*..........91a. | $1,250,778.50 | + 91b. | |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........ **$1,250,778.50**

**Fill in this information to identify the case:**

Debtor name **American Petroleum Carriers, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas** (State)

Case number (if known): **26-70331**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
**Ascentium**

**Describe debtor's property that is subject to a lien**
2022 Kenworth T680

Column A: **$30,003.93**
Column B: **$34,000.00**

**Creditor's mailing address**
**Po Box 301593**
**Dallas, TX 75303-1593**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** 9 9 0 4

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,713,837.52**

Debtor **American Petroleum Carriers, LLC** Case number (if known) **26-70331**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.2 Creditor's name** Ascentium | **Describe debtor's property that is subject to a lien** 2022 Kenworth T680 | **$35,547.59** | **$34,000.00** |

**Creditor's mailing address**
Po Box 301593
Dallas, TX 75303-1593

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 9 8 4 8

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Column A | Column B |
|---|---|---|---|
| **2.3 Creditor's name** BMO Bank NA | **Describe debtor's property that is subject to a lien** 2021 Kenworth T680 | **$30,752.50** | **$43,000.00** |

**Creditor's mailing address**
Po Box 71951
Chicago, IL 60694-1951

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 8 0 0 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **American Petroleum Carriers, LLC** Case number (if known) **26-70331**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.4 Creditor's name**
**BMO Bank NA**

**Creditor's mailing address**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 3 0 0 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Kenworth T680

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$31,675.73** Column B: **$34,000.00**

**2.5 Creditor's name**
**BMO Bank NA**

**Creditor's mailing address**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 6 0 0 2

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Kenworth T680

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$54,136.66** Column B: **$39,000.00**

Debtor **American Petroleum Carriers, LLC** Case number (if known) **26-70331**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.6 Creditor's name**
**BMO Bank NA**

**Creditor's mailing address**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 6 0 0 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Kenworth T680

Column A: **$54,143.82** Column B: **$39,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.7 Creditor's name**
**BMO Bank NA**

**Creditor's mailing address**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 1 0 0 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Kenworth T680

Column A: **$56,630.41** Column B: **$39,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **American Petroleum Carriers, LLC** Case number (if known) **26-70331**
Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.8 Creditor's name**
**BMO Bank NA**

**Creditor's mailing address**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** 9 0 0 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2023 Kenworth T680

Column A: **$104,242.19** Column B: **$68,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.9 Creditor's name**
**Leaf Financial**

**Creditor's mailing address**
**PO Box 5066**
**Hartford, CT 06102**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** 6 0 0 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2024 Kenworth T680

Column A: **$152,545.22** Column B: **$68,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **American Petroleum Carriers, LLC** Case number (if known) **26-70331**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.10 Creditor's name**
**Navistar Financial Corporation**

**Creditor's mailing address**
**Po Box 96070**
**Chicago, IL 60693-6070**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 3 0 0 4

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2025 International Lt62f

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$163,353.12** Column B: **$110,000.00**

**2.11 Creditor's name**
**Navistar Financial Corporation**

**Creditor's mailing address**
**Po Box 96070**
**Chicago, IL 60693-6070**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 3 0 0 2

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2025 International Lt62f

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$163,353.12** Column B: **$110,000.00**

Debtor **American Petroleum Carriers, LLC** Case number (if known) **26-70331**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.12 Creditor's name**
Navistar Financial Corporation

**Creditor's mailing address**
PO Box 96070
Chicago, IL 60693

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 3 0 0 1

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2025 International Lt62f

Column A: **$163,130.47** Column B: **$110,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.13 Creditor's name**
Navistar Financial Corporation

**Creditor's mailing address**
PO Box 96070
Chicago, IL 60693

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 3 0 0 3

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2025 International Lt62f

Column A: **$166,181.08** Column B: **$110,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **American Petroleum Carriers, LLC** Case number (if known) **26-70331**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.14 Creditor's name**
**Navistar Financial Corporation**

**Creditor's mailing address**
**Po Box 96070**
**Chicago, IL 60693-6070**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 3 0 0 6

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2026 International Lt62f

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$204,496.60**
Column B: **$120,000.00**

**2.15 Creditor's name**
**Navistar Financial Corporation**

**Creditor's mailing address**
**Po Box 96070**
**Chicago, IL 60693-6070**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 3 0 0 5

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2026 Interantional Lt62f

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$204,465.55**
Column B: **$120,000.00**

Debtor **American Petroleum Carriers, LLC** Case number (if known) **26-70331**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim |
|---|---|---|
| **2.16 Creditor's name** Sumitomo Mitsui Fin & Leasing — **Describe debtor's property that is subject to a lien** 2023 Kenworth T680 | $99,179.53 | $68,000.00 |

**Creditor's mailing address**
277 Park Ave 14th Floor
New York, NY 10172-0003

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 5 6 5 2

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ______

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Fill in this information to identify the case:

Debtor name **American Petroleum Carriers, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): **26-70331**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1 Priority creditor's name and mailing address**

**Marcos D. Oliva, PC**
**Oliva Law**
**223 W Nolana Ave**
**Mcallen, TX 78504-2500**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$23,000.00** Priority amount: **$23,000.00**

**2.2 Priority creditor's name and mailing address**

________

**Date or dates debt was incurred** ________

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ________

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**Simmons Capital Partners**
**One Whitehall Street 200**
**New York, NY 10004**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,400.00**

**3.2 Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** **1 0 0 7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$38,350.78**

**3.3 Nonpriority creditor's name and mailing address**
**American Express**
**Po Box 30009**
**Salt Lake City, UT 84130-0009**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** **9 9 9 0**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$140.00**

**3.4 Nonpriority creditor's name and mailing address**
**BMO Bank NA**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** **0 0 0 1**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$36,129.47**

Debtor **American Petroleum Carriers, LLC** Case number (*if known*) **26-70331**
Name

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**

**BMO Bank NA**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 0 2

**As of the petition filing date, the claim is:** **$36,129.47**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

**BMO Bank NA**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 0 3

**As of the petition filing date, the claim is:** **$36,129.47**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**

**BMO Bank NA**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 0 4

**As of the petition filing date, the claim is:** **$36,129.47**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

**BMO Bank NA**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 0 5

**As of the petition filing date, the claim is:** **$36,129.47**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **American Petroleum Carriers, LLC** Case number (*if known*) **26-70331**
Name

**Part 2: Additional Page**

**3.9 Nonpriority creditor's name and mailing address**
BMO Bank NA
Po Box 71951
Chicago, IL 60694-1951

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 0 6

**As of the petition filing date, the claim is:** **$36,129.47**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
BMO Bank NA
Po Box 71951
Chicago, IL 60694-1951

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 0 0 1

**As of the petition filing date, the claim is:** **$36,762.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**
BMO Bank NA
Po Box 71951
Chicago, IL 60694-1951

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 0 0 2

**As of the petition filing date, the claim is:** **$36,762.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.12 Nonpriority creditor's name and mailing address**
BMO Bank NA
Po Box 71951
Chicago, IL 60694-1951

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 0 0 3

**As of the petition filing date, the claim is:** **$36,762.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

**Part 2: Additional Page**

**3.13 Nonpriority creditor's name and mailing address**
**BMO Bank NA**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 0 0 4

**As of the petition filing date, the claim is:** **$36,762.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
**BMO Bank NA**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 0 0 5

**As of the petition filing date, the claim is:** **$36,762.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
**BMO Bank NA**
**Po Box 71951**
**Chicago, IL 60694-1951**

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 0 0 1

**As of the petition filing date, the claim is:** **$36,762.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
**CFG MERCHANT SOLUTIONS**
**11921 Freedom Dr #910 910**
**Reston, VA 20190-5638**

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 0 4 3

**As of the petition filing date, the claim is:** **$15,430.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

**Part 2: Additional Page**

**3.17 Nonpriority creditor's name and mailing address**
**Chase**
**Bankruptcy Dept.**
**P O Box 94104**
**Palatine, IL 60094**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** 1 2 2 9

**As of the petition filing date, the claim is:** **$3,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
**FANTASTIC FUNDING**
**30 Sims Ave**
**Lakewood, NJ 08701-4987**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$14,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
**FORWARD FINANCING**
**257 EAST 200 SOUTH 725**
**Salt Lake City, UT 84111**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$34,633.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
**French Ellison Truck Center**
**Po Box 14200**
**Madison, WI 53708-0200**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** 9 8 1 7

**As of the petition filing date, the claim is:** **$3,573.45**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Mechanic**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

## Part 2: Additional Page

**3.21 Nonpriority creditor's name and mailing address**

**FUND ME FAST**
**2332 Route 207**
**Campbell Hall, NY 10916-3400**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,304.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.22 Nonpriority creditor's name and mailing address**

**Lindsey Shaw**
**130 E Travis St Ste 435**
**San Antonio, TX 78205**

**Date or dates debt was incurred** **11/8/2024**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.23 Nonpriority creditor's name and mailing address**

**Ondeck; ODK Capital, LLC**
**4700 W Daybreak Pkwy Ste 200**
**South Jordan, UT 84009-5133**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **2 1 8 0**

**As of the petition filing date, the claim is:** *Check all that apply.* **$148,111.30**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.24 Nonpriority creditor's name and mailing address**

**Panther Rodz**
**1720 W Las Milpas Rd**
**Pharr, TX 78577-8028**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,000.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

**Part 2: Additional Page**

**3.25 Nonpriority creditor's name and mailing address**
**Pilot Travel Centers LLC**
**5508 Lonas Drive**
**Knoxville, TN 37909**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 1 4 6 9

**As of the petition filing date, the claim is:** **$34,934.78**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.26 Nonpriority creditor's name and mailing address**
**QUICKBOOKS CAPITAL**
**2700 COAST AVENUE**
**Mountain View, CA 94043**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 2 0 B A

**As of the petition filing date, the claim is:** **$60,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.27 Nonpriority creditor's name and mailing address**
**QUICKBOOKS CAPITAL**
**2700 COAST AVENUE**
**Mountain View, CA 94043**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 2 0 B A

**As of the petition filing date, the claim is:** **$14,792.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.28 Nonpriority creditor's name and mailing address**
**REDWOOD BUSINESS LOANS LLC**
**350 E 400 S STE 426**
**Salt Lake City, UT 84111**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$12,171.40**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

**Part 2: Additional Page**

**3.29 Nonpriority creditor's name and mailing address**

**Sammy Ed Gomez/Beneficary of Thomas Jay Gomez (Deceased)**
**c/o The Green Law Firm PC**
**34 S Coria St**
**Brownsville, TX 78520**

**Date or dates debt was incurred** **11/23/2025**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **"Unliquidated" (Petition seeks monetary relief over $1,000,000.00)**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

**Small Business Association**
**14925 KINGSPORT RD**
**Fort Worth, TX 76155**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **7 8 0 1**

**As of the petition filing date, the claim is:** **$136,213.74**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31 Nonpriority creditor's name and mailing address**

**Southern Tire Mart**
**800 Us-98**
**Columbia, MS 39429-8255**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **3 9 4 6**

**As of the petition filing date, the claim is:** **$21,879.55**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Tires**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Commercial Receivables**<br>**2121 Airline Dr #520 520**<br>**Metairie, LA 70001-5987** | Line **3.31**<br>❑ Not listed. Explain | **2 3 4 3** |
| 4.2 | **Attorney General of the United States**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Ave Nw N.w.**<br>**Washington, DC 20530-0009** | Line **3.30**<br>❑ Not listed. Explain | |
| 4.3 | **United States Attorney's Office Southern District of Texas**<br>**1000 Louisiana Street Ste 2300**<br>**Houston, TX 77002** | Line **3.30**<br>❑ Not listed. Explain | |

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$23,000.00** |
| 5b. **Total claims from Part 2** | 5b. | + | **$1,032,038.31** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$1,055,038.31** |

Fill in this information to identify the case:

Debtor name: American Petroleum Carriers, LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 26-70331 Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **American Petroleum Carriers, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas** (State)

Case number (If known): **26-70331**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Xavier Gonzalez** | **1206 E Peter** (Street)<br>**Edinburg, TX 78541** (City State ZIP Code) | **Sammy Ed Gomez/Beneficary of Thomas Jay Gomez (Deceased)** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor American Petroleum Carriers, LLC
Name

Case number (if known) 26-70331

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name American Petroleum Carriers, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 26-70331 Chapter 11

❑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*.................... **$0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................... **$1,250,778.50**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................... **$1,250,778.50**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ **$1,713,837.52**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................... **$23,000.00**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... **+ $1,032,038.31**

4. **Total liabilities**.................... **$2,768,875.83**
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **American Petroleum Carriers, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): **26-70331**

❑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* ________________

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration ________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/16/2026**
MM/ DD/ YYYY

✗ **/s/ Luis A. Trevino**
Signature of individual signing on behalf of debtor

**Luis A. Trevino**
Printed name

**President**
Position or relationship to debtor