**Fill in this information to identify the case:**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): **26-70331** Chapter **11**

☑ Check if this is an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

**American Petroleum Carriers, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**APC**

**3. Debtor's federal Employer Identification Number (EIN)**

**05 – 0521498**

**4. Debtor's address**

**Principal place of business**

**3400 N Mccoll Rd Ste 16**
Number Street

**Mcallen, TX 78501-5787**
City State ZIP Code

**Hidalgo**
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4 8 4 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor ______ Relationship ______
District ______ When ______ (MM / DD / YYYY)
Case number, if known ______

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street
______
______ City ______ State ______ ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 ☐ 50-99 ☐ 100-199 | ☐ 1,000-5,000 ☐ 5,001-10,000 | ☐ 25,001-50,000 |
| ☐ 200-999 | ☐ 10,001-25,000 | ☐ 50,000-100,000 |
| | | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **American Petroleum Carriers, LLC** Case number *(if known)* **26-70331**
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/28/2026**
MM/ DD/ YYYY

X **/s/ Luis A. Trevino**
Signature of authorized representative of debtor

**Luis A. Trevino**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Marcos Demetrio Oliva**
Signature of attorney for debtor

Date **10/28/2026**
MM/ DD/ YYYY

**Marcos Demetrio Oliva**
Printed name

**Marcos D. Oliva, PC**
Firm name

**223 W Nolana Ave**
Number Street

**Mcallen** **TX** **78504-2500**
City State ZIP Code

**(956) 683-7800**
Contact phone

**marcos@oliva.law**
Email address

**24056068** **TX**
Bar number State

# United States Bankruptcy Court
# Southern District Of Texas

In re **American Petroleum Carriers, LLC** Case No. **26-70331**

Chapter **11**

Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document(s):

**Amended Voluntary Petition for Non-Individuals Filing for Bankruptcy**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on **10/08/2026**.

Dated: **10/28/2026**

**/s/ Marcos Demetrio Oliva**

Marcos Demetrio Oliva
Debtor or Debtor's(s') Counsel
Bar Number: 24056068
Marcos D. Oliva, PC
Oliva Law
223 W Nolana Ave
Mcallen, TX 78504-2500
Phone: (956) 683-7800
Email: marcos@oliva.law

**Simmons Capital Partners**
57 W 57th St, 4th
New York, NY 10019

**Altus Commercial Receivables**
2121 Airline Dr #520 520
Metairie, LA 70001-5987

**American Express**
PO Box 6031
Carol Stream, IL 60197

**American Express**
Po Box 30009
Salt Lake City, UT 84130-0009

**Ascentium**
Po Box 301593
Dallas, TX 75303-1593

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Ave Nw N.w.
Washington, DC 20530-0009

**BMO Bank NA**
Po Box 71951
Chicago, IL 60694-1951

**CFG MERCHANT SOLUTIONS**
11921 Freedom Dr #910 910
Reston, VA 20190-5638

**Chase**
Bankruptcy Dept.
P O Box 94104
Palatine, IL 60094

**FANTASTIC FUNDING**
30 Sims Ave
Lakewood, NJ 08701-4987

**FORWARD FINANCING**
257 EAST 200 SOUTH 725
Salt Lake City, UT 84111

**French Ellison Truck Center**
Po Box 14200
Madison, WI 53708-0200

**FUND ME FAST**
2332 Route 207
Campbell Hall, NY 10916-3400

**Leaf Financial**
PO Box 5066
Hartford, CT 06102

**Lindsey Shaw**
130 E Travis St Ste 435
San Antonio, TX 78205

Debtor **American Petroleum Carriers, LLC** Case number **26-70331**

**Marcos D. Oliva, PC**
Oliva Law
223 W Nolana Ave
Mcallen, TX 78504-2500

**Navistar Financial Corporation**
Po Box 96070
Chicago, IL 60693-6070

**Navistar Financial Corporation**
PO Box 96070
Chicago, IL 60693

**Ondeck; ODK Capital, LLC**
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

**Panther Rodz**
1720 W Las Milpas Rd
Pharr, TX 78577-8028

**Pilot Travel Centers LLC**
5508 Lonas Drive
Knoxville, TN 37909

**QUICKBOOKS CAPITAL**
2700 COAST AVENUE
Mountain View, CA 94043

**REDWOOD BUSINESS LOANS LLC**
350 E 400 S STE 426
Salt Lake City, UT 84111

**Sammy Ed Gomez/Beneficary of Thomas Jay Gomez (Deceased)**
c/o The Green Law Firm PC
34 S Coria St
Brownsville, TX 78520

**Small Business Association**
14925 KINGSPORT RD
Fort Worth, TX 76155

**Southern Tire Mart**
800 Us-98
Columbia, MS 39429-8255

**Sumitomo Mitsui Fin & Leasing**
277 Park Ave 14th Floor
New York, NY 10172-0003

**United States Attorney's Office Southern District of Texas**
1000 Louisiana Street Ste 2300
Houston, TX 77002

**Xavier Gonzalez**
1206 E Peter
Edinburg, TX 78541